UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Kim v. Parcel K-Tudor Hall Farm, LLC
No. 09-cv-1572

DATE: March 29, 2023

* * *

The Court has received correspondence (ECF No. 197) from pro se Plaintiff Eun O. Kim requesting reconsideration of the Court Order dated August 1, 2022 that approved the transfer of Parcel K (ECF No. 194). The Court will treat Kim's correspondence as a Motion for Reconsideration.

Local Rule 105.10 requires that a Motion for Reconsideration be filed no later than 14 days after the date of the order at issue. But Kim did not submit the correspondence until March 16, 2023, more than seven months after any request for reconsideration was due. Accordingly, Kim's Motion for Reconsideration is **DENIED** as untimely.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record

1